[No. 22289-6-III. Division Three. December 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK RUSSEL ELSOM-VAN VOGT, *Appellant*.

Appeal from a judgment of the Superior Court for Garfield County, No. 03-1-00003-9, William D. Acey, J., entered July 3, 2003. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 22320-5-III. Division Three. December 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH ALLEN CRARY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00202-3, Carolyn A. Brown, J., entered August 22, 2003. *Remanded* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 22427-9-III. Division Three. December 16, 2004.]

THE STATE OF WASHINGTON, *Respondent* v. RICHARD C. CHAPEK, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00261-2, Donald W. Schacht, J., entered September 8, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 22512-7-III. Division Three. December 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LAZARO T. PESINA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00267-1, Robert L. Zagelow, J., entered October 13, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.